J. Andrew Coombs (SBN 123881)　　　　　　　　　　　　O
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Disney
Enterprises, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc., | Case No. CV 09-8998 RSWL (VBKx) |
| Plaintiff, | ORDER |
| v. | |
| Teamwork Trading a/k/a Team Work Trading a/k/a Teamwork a/k/a Team Work a/k/a Team Work Co a/k/a Teamwork Import & Export, Inc., Shawn Park, Danny Kim, Jung-Joo Kim and Does 1 – 10, inclusive, | |
| Defendants. | |

　　　　WHEREAS Plaintiff Disney Enterprises, Inc. ("Plaintiff") filed their its Notice and Motion For Entry of Default Judgment ("Motion"), seeking entry of default judgment, including a permanent injunction against Defendants Teamwork Trading a/k/a Team Work Trading a/k/a Teamwork a/k/a Team Work a/k/a Team Work Co a/k/a Teamwork Import & Export, Inc., Shawn Park, Danny Kim and Jung-Joo Kim (collectively "Defendants");

　　　　WHEREAS Plaintiff, having served a copy of its Motion and Proposed Judgment on June 22, 2010;

Disney v. Teamwork Trading, et al.: [Proposed] Order　　　- 1 -

WHEREAS Defendants did not oppose Plaintiff's Motion; and

The Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in support of Plaintiff's Motion, hereby grants Plaintiff's Motion and orders entry of the Judgment Pursuant to Entry of Default.

IT IS SO ORDERED:

DATED: August 4, 2010

*RONALD S.W. LEW*
_____
Hon. Ronald S. W. Lew
District Judge, United States District Court for the Central District of California